IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE AGUILAR-PLATON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>FG DINER INC. d/b/a TRIPLE CROWN DINER, ATHANASIOS FATSIS, and ANDRE GOUNARIS, Jointly and Severally,<br><br>Defendants. | 20-cv-04860 (SJB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above captioned action through their undersigned counsel that, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein to be dismissed with prejudice, with each party to bear their own fees and costs; and that Plaintiffs are precluded from bringing any further claims under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including overtime pay, for the period set forth in Plaintiffs' Complaint.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

**PELTON GRAHAM LLC**

By: _____
Brent E. Pelton, Esq.
Taylor B. Graham, Esq.

**MORRISON + TENENBAUM PLLC**

By: _____
Lawrence Morrison, Esq.
Joshua S. Androphy, Esq.

| | |
|---|---|
| 111 Broadway, Suite 1503<br>New York, New York 10006<br>Tel.: (212) 385-9700 | 87 Walker Street, Floor 2<br>New York, New York 10013<br>Tel.: (212) 620-0938 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**SO ORDERED**

**DATED this  9  day of   February   , 2022**

   */s/ Sanket J. Bulsara*  February 9, 2022

**HONORABLE SANKET J. BULSARA**
**UNITED STATES MAGISTRATE JUDGE**
Brooklyn, New York